IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MOUSSA DIARRA, | * |
| Plaintiff, | * |
| v. | Case No.  5:21-CV-00274-TES-CHW |
| | * |
| DEPARTMENT OF JUVENILE JUSTICE, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 23, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 24th day of August, 2021.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk